EMC Health Products, Inc., as Assignee of Smith, Eugene, Appellant, 
against
Maryland Automobile Insurance Fund, Respondent. 




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Jeffrey G. Lerman, P.C. (Jeffrey G. Lerman of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Harriet L. Thompson, J.), entered April 19, 2017. The order, insofar as appealed from, granted defendant's motion, in effect, to consolidate the above-entitled action with actions entitled EMC Health Prods., Inc., as Assignee of Boakye, Oheneba v Maryland Auto. Ins. Fund (Civ Ct, Kings County, index No. 68017/15) and EMC Health Prods., Inc., as Assignee of Kubi, George v Maryland Auto. Ins. Fund (Civ Ct, Kings County, index No. 68019/15) for the purposes of disposition of the motion and, upon consolidation, to dismiss the complaint.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved to, among other things, in effect, consolidate the instant action with two related actions entitled EMC Health Prods., Inc., as Assignee of Boakye, Oheneba v Maryland Auto. Ins. Fund (Civ Ct, Kings County, index No. 68017/15) and EMC Health Prods., Inc., as Assignee of Kubi, George v Maryland Auto. Ins. Fund (Civ Ct, Kings County, index No. 68019/15)for the purposes of disposition of the motion, and, upon consolidation, to dismiss the complaints in all three actions, contending that the Civil Court lacked personal jurisdiction over defendant. Plaintiff opposed the motion. Plaintiff appeals from so much of an order of the Civil Court [*2]entered April 19, 2017 as consolidated the actions for the purposes of disposition of the motion and dismissed the complaint.
For the reasons stated in EMC Health Prods., Inc., as Assignee of Boakye, Oheneba v Maryland Auto. Ins. Fund (__ Misc 3d __, 2019 NY Slip Op _____ [appeal No. 2017-2137 K C], decided herewith), the order, insofar as appealed from, is affirmed.
ALIOTTA, J.P., PESCE and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 09, 2019